IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HENRY GUY JONES,<br>    Plaintiff, | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | |
| NEIL WARREN, Sheriff of Cobb<br>County et al.,<br>    Defendants. | CIVIL ACTION NO.<br>1:11-CV-3974-TWT-LTW |

## **ORDER AND FINAL REPORT AND RECOMMENDATION**

Plaintiff, pro se, is confined at the Cobb County Adult Detention Center in Marietta, Georgia. Plaintiff initiated this action by filing a 106-page document titled "§ 1983 Habeas Corpus Petition and Motion for Emergency Temporary Restraining Order." (Doc. 1.) Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP").

Because it was unclear from Plaintiff's filing whether he sought habeas relief under 28 U.S.C. § 2254 or damages under 42 U.S.C. § 1983, the Court issued an Order on November 29, 2011, directing Plaintiff to submit, within twenty-one days, either a petition for a writ of habeas corpus on the form the Clerk would provide him, along with the appropriate filing fee or an application to proceed IFP, or the filing fee for a § 1983 action or an application to proceed IFP. (Doc. 2.) That Order advised Plaintiff that failure to comply within the specified time period may result in dismissal of this action. (*Id.*) On November 30, 2011, the Clerk sent Plaintiff a § 2254 petition form, an IFP application form, and a copy of the Court's Order.

Since that time, Plaintiff has filed supplements to his original filing and a motion to change his original filing to a petition for a writ of habeas corpus under § 2254. (Docs 3, 4, 5, 6.) Plaintiff has not, however, submitted a § 2254 petition on the form the Clerk provided him, paid the five-dollar filing fee, or submitted an application to proceed IFP. The deadline set by the Court's November 29, 2011 Order for submitting those items has expired.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a lawful order of the Court. *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), NDGa. Plaintiff's motion to change his original filing to a petition for a writ of habeas corpus under 28 U.S.C. § 2254 [6] is **GRANTED**.

**SO ORDERED & RECOMMENDED** this 17 day of January, 2012.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| HENRY GUY JONES,<br>    Plaintiff, | : <br> : <br> : | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | : <br> : | |
| NEIL WARREN, Sheriff of Cobb<br>County et al.,<br>    Defendants. | : <br> : <br> : | CIVIL ACTION NO.<br>1:11-CV-3974-TWT-LTW |

## ORDER FOR SERVICE OF REPORT AND RECOMMENDATION

The Report and Recommendation of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72, is attached. The same shall be filed and a copy, together with a copy of this Order, shall be served upon counsel for the parties and upon any unrepresented parties.

Pursuant to 28 U.S.C. § 636(b)(1)(C), within fourteen (14) days of service of this Order, each party may file written objections, if any, to the Report and Recommendation. If objections are filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Judge after expiration of the time period stated above.

**SO ORDERED** this 17 day of January, 2012.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE