IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HENRY GUY JONES,

   Plaintiff,

    v.

NEIL WARREN
SHERIFF OF COBB COUNTY, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3974-TWT

ORDER

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action without prejudice for failure to comply with an order of the court. The Plaintiff contends that he did not receive a copy of the Magistrate Judge's November 29, 2011 Order because he was transferred to another detention facility on December 1, 2011 and the Cobb County jail did not forward his mail to him. After he was returned to the Cobb County jail, the Plaintiff on January 20, 2012 complied in part with the Magistrate Judge's Order by filing a Petition for a Writ of Habeas Corpus. The Plaintiff has filed a Motion for Reconsideration which the Court will treat as an objection to the Report and Recommendation. I decline to follow the Report and

Recommendation. The Petitioner has 21 days from the date of this Order to submit the filing fee for a habeas corpus action or an application to proceed in forma pauperis. The Clerk will furnish the Petitioner with the appropriate form.

SO ORDERED, this 24 day of January, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge