IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HENRY GUY JONES,

    Plaintiff,

      v.

NEIL WARREN
SHERIFF OF COBB COUNTY, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3974-TWT

ORDER

This is a pro se habeas corpus and civil action seeking to enjoin the Plaintiff's prosecution in Cobb County for aggravated stalking. It is before the Court on the Report and Recommendation [Doc. 36] of the Magistrate Judge recommending that the action be dismissed. The Plaintiff's objections to the Report and Recommendation are totally without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 27] is GRANTED . This action is DISMISSED with prejudice. The Plaintiff's Motion for Temporary Restraining Order [Doc. 34] is DENIED.

SO ORDERED, this 11 day of May, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge